October 15, 1975.

M. P. No. 75-122. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.* Motion of respondent Cecile Lariviere for an extension of time to file her brief is granted. The brief shall be filed on or before October 30, 1975. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley, Robert J. Ferranty,* for petitioner. *Charles Greenwood,* Rhode Island Legal Services, Inc., for respondent Cecile Lariviere. *R. Daniel Prentiss,* Special Asst. Attorney General.

M. P. No. 75-137. MICHAEL O. MASSEY *v.* JAMES W. MULLEN, *Warden.* In order to assist the court in this case, the respondent is directed to file a brief in response to the latest brief filed by the Public Defender's office within 10 days of this order. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-235. IN RE WILLIAM MURPHY. Petition for writ of certiorari is granted without prejudice. Petitioner's motion for special asignment is granted, and the matter is assigned to the December 1975 calendar for oral argument. Motion for bail pending appeal is denied. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for State of Rhode Island Parole Board.

M. P. No. 75-248. PHILIP T. TOBIN *et al. v.* CHARLES G. THOMAS *et al.* Petition for writ of certiorari granted. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes, Jr.,* for petitioners. *Raymond A. Thomas,* for defendant Oswald A. Thomas.